IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LEE CHURCH,                              }
       *Plaintiff*                      }
v.                                                }    CIVIL ACTION NO. H-05-2800
                                                    }
KARE DISTRIBUTION, INC.,         }
                                                    }
       *Defendant*                   }

## FINAL JUDGMENT

On this day, October 20, 2005, in the action pending between Plaintiff, Lee Church, and Defendant, Kare Distribution, Inc., the Court issued its Opinion. It is hereby

**ORDERED** that Kare Distribution Inc.'s motion to dismiss for failure to state a claim (Doc. 5) is **GRANTED**. Plaintiff's claim is **DISMISSED**.

**SIGNED** at Houston, Texas, this 20th day of October, 2005.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE